FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREG SCHNEIDER, | ) | NO. CV 13-4711-UA(DUTYx) |
| Plaintiff, | ) | |
| v. | ) | ORDER SUMMARILY REMANDING |
| MELANIE ROBERTS, et al., | ) | IMPROPERLY REMOVED ACTION |
| Defendants. | ) | |

    In a separate order, the Court has denied Defendant's application to proceed <u>in forma pauperis</u> in this improperly removed unlawful detainer action. For the same reasons stated in the Court's separate order, the action is remanded to state court for lack of subject matter jurisdiction.

DATED: _____7/5_____, 2013.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE